DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALLEN O'NEAL,**
Appellant,

v.

**WASTE PRO OF FLORIDA, INC.** and **SHAWN GREEN,**
Appellees.

No. 4D2023-0506

[April 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE20-021210.

Carlos D. Cabrera of Florida Advocates, Dania Beach, for appellant.

Charles M-P "Chip" George of Law Offices of Charles M-P George, Coral Gables, and Peter R. Restani of Wade, Clark, Mulcahy, LLP, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***